General Complaint

**FILED**

APR – 8 2019

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Frank John Motto Jr.

_____

_____

Case Number : 6:19CV129 JDK-
JDL

List the full name of each plaintiff in this action.

VS.

See attached list

_____

_____

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                (1.)    Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                Contacted multiple lawyers.

                _____

                _____

                _____

C.    Results of the conference with counsel:

All contacted Lawyers quoted $5,000 - $20,000
to even review case.

II.    List previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____ Yes    X  No

B.    If your answer to "A" is "yes",  describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1.    Approximate file date of lawsuit: _____

2.    Parties to previous lawsuit(s):

Plaintiff _____

Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.    Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

_____

4.    Docket number in other court. _____

5.    Name of judge to whom the case was assigned.

_____

6.    Disposition: Was the case dismissed, appealed or still pending?

_____

7.    Approximate date of disposition. _____

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1    Frank John Motto Jr.

                11745 FM 3270

                Tyler, TX 75708

        Pla #2    N/A

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:    See attached list

        Dft #2:

        Dft #3

    Attach a separate sheet for additional parties.

IV:    Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

See attached pages

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal
      arguments and do not cite cases or statutes.  Attach additional pages if necessary.

I want a full review of the TN Highway Patrol,
its practices, including internal investigations, to
be conducted by a non-biased, external entity.
I wish for Officer Mullins to be removed
from duty that involves contact with the general public.
I request restitution for all actual bills related
to this incident.

Signed this _____7th_____ day of ____April_____, 20 __19__.
                                          (Month)                        (Year)

                              ~~illegible signature~~
                              11745 FM 3270
                              Tyler, Tx , 75708

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: ___April 7, 2019____
                        Date

                              ~~illegible signature~~

                              _____

                              _____
                                   Signature of each plaintiff

List of defendants in this action (from page 1 of original complaint):

Officer Vince Mullins
Col. Dereck Stewart
Maj. Cheryl Sanders
Lt. Robert Greer
Governor Bill Lee
US Secretary of Transportation Elaine L. Chao
President of the United States of America Donald Trump

III.  Parties to this suit:


B.  Full name of each defendant, position, place of employment, full mailing address.

Officer Vince Mullins
THP District 5
184 Joe R. McCrary Road
Fall Branch, TN 37656

Col. Dereck Stewart
Tennessee Highway Patrol
1150 Foster Ave.
Nashville, TN 37243

Maj. Cheryl Sanders
Lt. Robert Greer
Inspectional Services Bureau
312 Rosa Parks Avenue, 25th Floor, Snodgrass Tower
Nashville, TN 37243

Governor Bill Lee
1st Floor, State Capitol
Nashville, TN 37243

US Secretary of Transportation Elaine L. Chao
1200 New Jersey Avenue SE
Washington, DC 20590

President of the United States of America Donald Trump
1600 Pennsylvania Avenue NW
Washington, DC 20500

IV:  Statement of Claim:

On May 1, 2018, at approximately 8:14 am EST, while conducting
Interstate Commerce, from Pennsylvania to Texas, I was pulled over
by Officer Vince Mullins.  When I asked why I was pulled over, I was
told that the officer thought I was weaving within my lane.  He
requested my paperwork, and did a visual inspection of my truck.  I
asked if he was going to write me a citation, and in an aggressive
manner, he replied, "yes".  He then asked me why my eyes were red,
and accused me of being on Meth.  At that time, he conducted a field
sobriety test, in which I had problems standing on one foot.  I
explained that I thought my blood sugar and/or blood pressure were
off, and asked to be able to test my sugar, and take my blood
pressure, using my equipment in the truck.  He denied my request,
saying that he thought I was under the influence.  I again stated that I
believed it to be a medical issue, and was again told that he believed I
was on something.  I repeatedly asked to speak to a higher up, at
least three times during this incident, and was denied.  I told him to do
whatever tests were needed to clear me, since I knew I was clean,
and do not use any drugs or alcohol.  He stated it had to be a blood
test, at the hospital, at which point I was told that I was being arrested
for being under the influence, placed in the back of a patrol SUV, with
my hands cuffed behind my back, and held, for approximately 90
minutes to 120 minutes.  During this time I asked for the cuffs to be
readjusted, as they were digging into my tendons.  This request was
ignored, and as a result, I am experiencing loss of feeling in places on
my right and left hands.  After waiting for the above mentioned time
period in the back of the squad unit, while on the drive to be tested at
the hospital, Officer Mullins drove erratically, causing more pain to my
wrists, as I attempted to keep my balance in the back seat.

Once at the hospital, Officer Mullins did not acknowledge my
insistence that my balance issues were due to medical causes, saying
instead, that I was on Meth, in front of hospital staff.  I repeatedly
asked for a doctor to examine me, versus just a blood draw, which is
what Officer Mullins wanted, and even offered to pay, as I could feel

that my blood sugar and/or blood pressure was off. After I insisted multiple times, and an ER doctor was allowed to examine me and look at my vitals, 45 – 60 minutes after arrival, he said that both my blood pressure and blood sugar were higher than normal (BP 179/103, heart rate 143, blood sugar 266),  and could have caused the balance problem.  I requested a Federal DOT drug screen, as I am from Texas, and was in the act of Interstate Commerce when stopped,  but that was also denied.

When my blood work came back clean, another 45 minutes later, and the doctor informed Officer Mullins of this fact, he immediately called his supervisor, left the room, came back approximately 10 minutes later, then called someone else and left again, talked to more medical staff, and then eventually placed me back in his unit. At this point, Officer Mullins made another phone call, and walked around the vehicle as he talked, while I was still contained in the unit, uncuffed. He finally entered the vehicle, and told me that it was "my lucky day", and then he  drove me to Casper's impound lot, unrolled the back window (from the driver's seat), and told me to let myself out.  At no time was there an apology for towing my truck, with my dog, and holding me for so long, without being able to contact my wife, or anyone else.  I was not allowed to call anyone until 1:30 pm EST, despite requesting to speak to a supervisor, and the only way my wife knew something was going on, was that the tow company called her, to find out what to do with the dog, causing her great stress, due to not knowing what was going on with my health or general wellness.  I was never allowed to appear before a judge, in regards to the allegations that Officer Mullins made.  I have attached a ticket that I was given by the officer, that was dropped by the ADA, that was not for the original offense, and was given after the doctor cleared me of drug use.

As a result of this interaction, I incurred a towing bill, along with a charge for the vet clinic that my dog was taken to, by the tow company, and hospital charges.

I firmly believe that if Officer Mullins had let me test my blood sugar, take my blood pressure, and then take my meds, as I told him what was going on, I would have passed the field sobriety test, and would not have been subjected to the needless handcuff damage, detainment, and expenses.

Involvement of Defendants:

Officer Mullins – Denied me due process, endangered my health and possibly life, by delaying hospital transport, and a scan of my vital signs, after being informed of my issues, and denying self-testing with my testing units that were in the truck.

Col. Stewart – As head of the THP, he oversees the officers, and is responsible for their interaction with the public, making sure that they act in a responsible and legal manner.

Maj. Sanders and Lt. Greer – Found in behalf of the officer, despite evidence of his misconduct.

Governor Bill Lee – As head of the state, responsible for oversight of the THP, its officers, and its internal investigations.

Elaine L. Chao – As Secretary of Transportion, oversees interstate commerce, and the state law agencies, that are to uphold the laws and due process.

President Donald Trump – As the Chief Law Enforcement Agent, oversees all of the above, ensuring that due process is applied, for public safety.

Attachments : Exhibit A – DOT form, completed, not signed, for DUI
Exhibit B – Full hospital records and personal physician follow-up
Exhibit C – Full panel follicle drug screen, one month after incident
Exhibit D – Ticket for impaired driving, after leaving hospital, and testing clean for illegal substances